**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                                         Case No.: 1:15−cr−00399
                                                                        Honorable Manish S. Shah

Vince Manglardi, et al.

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 21, 2018:

       MINUTE entry before the Honorable Manish S. Shah:as to Vince Manglardi. Status hearing held. Change of plea hearing is stricken and reset to 9/4/18 at 1:30 p.m. The court excludes time from 8/21/18 through 9/4/18 under 18 U.S.C. § 3161(h)(7) to serve the ends of justice, without objection. Excluding time will allow the defense the reasonable time necessary to effectively prepare the case, which includes time to review the plea agreement. Such delay outweighs the interests of the public and the defendant in a speedy trial. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.