IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | |
|     Plaintiff | ) | Case No: 15 CR 399-1 |
| | ) | |
| v. | ) | |
| | ) | Judge Manish S. Shah |
| Vince Manglardi, | ) | |
|     Defendant | ) | |
| | ) | |

**ORDER**

(T:) 00:30

    Status hearing held. Change of plea hearing held. Defendant informed of his rights and the charges against him. Defendant enters a plea of guilty to Count 1 of the Indictment, pursuant to a written plea agreement. The court finds the defendant competent to enter a guilty plea, and defendant's guilty plea is knowing, voluntary, and supported by an adequate factual basis. The court accepts the defendant's guilty plea. Enter Plea Agreement. The court enters a finding of guilt as to defendant Vince Manglardi. The case is referred to the Probation Office for preparation of the presentence report. The government shall submit his version to the Probation Office by 9/18/18. Defendant must submit his version to the Probation Office by 9/25/18. See Local Criminal Rule 32.1(e). Pursuant to Local Criminal Rule 31.2 (f), the court gives notice to the Probation Office and directs it to disclose (with the PSR) the Probation Office's sentencing recommendation to counsel for the defendant and the government. Sentencing is set for 12/11/18 at 1:30 p.m. Presentence report is due 10/31/18. Sentencing memoranda with objections to the presentence report discussing 18 U.S.C. § 3553(a) factors must be filed (in one combined filing per side) is due 11/27/18. Any responses must be filed by 12/6/18. Failure to file the memoranda by that deadline risks waiver of any objects to the presentence report. Defendant's order setting conditions of release and his bond remain in place pending sentencing.

Date: September 4, 2018

Manish S. Shah
United States District Judge