# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                          Case No.: 1:15−cr−00399

                                                     Honorable Manish S. Shah

Vince Manglardi, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 20, 2018:

      MINUTE entry before the Honorable Manish S. Shah: as to Vince Manglardi. Sentencing held as to defendant Vince Manglardi. The court orally pronounces sentence. The court commits defendant to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years, with conditions as stated on the record. The defendant is ordered to pay restitution in the amount of ;14,614,302.97 and a special assessment of $100, due immediately. Defendants date for surrender is extended to 6/6/19 at 2:00 p.m. at the institution designated by the Bureau of Prisons. Judgment order to follow. A status hearing is set for 4/4/19 at 10:15 a.m. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.