# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.

, et al.

                      Defendant.

Case No.: 1:15−cr−00399
Honorable Manish S. Shah

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 29, 2019:

    MINUTE entry before the Honorable Manish S. Shah: as to Vince Manglardi. At the defendant's request, and with no objection from the government, the status hearing on 4/4/19 is stricken and reset to 4/10/19 at 10:15 a.m. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.